**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. 93-10748 AJC
                                                         Chapter

T U 3A
_____ Debtor_____ /                        SEP - 8 2008

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, ___STEVEN T. MARKEL_____,
applies to this court for entry of an order directing the clerk of the court to remit to the
applicant the sum of $ 2000 ~~or 100%~~ said funds having been deposited into the
Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the
name of ___STEVEN MARKEL_____. Applicant further states that:

1.    (Indicate one of the following items:)

      ✓ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S.
      Bankruptcy Court Clerk" under whose name these funds were deposited and states
      that no other application for this claim has been submitted by or at the request of
      this applicant.  If funds were deposited in the names of both husband and wife, both
      must sign this application, or if one spouse is requesting release of funds in the
      name of that spouse only, applicant must attach a notarized affidavit stating why the
      funds should be released to only one spouse and not in the name of both.  Also
      attached is a copy of an official government photo id of applicant to prove applicant's
      identity.

      ___ Applicant is either a family member or other authorized personal representative
      of an incapacitated or deceased individual in whose name funds were deposited or
      a successor in interest to the individual or business under whose name the funds
      were deposited.  **An original "power of attorney" conforming to the Official
      Bankruptcy Form and/or other supporting documents, including probate
      documents which indicate applicant's entitlement to this claim are attached
      and made a part of this application.**  Also attached is a copy of an official
      government  photo id of applicant to prove applicant's identity.

      ___ Applicant is the duly authorized representative for the business or corporation
      listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 9|5|08

STEVEN MARHEE
_____
Name Under Which Funds Were Deposited

5 9
_____
Claim Number

_____
Name of Party On Whose Behalf
Application Was Filed*

Address:_____

_____

_____

_____
Signature of Applicant
(Note: In addition to signing, complete all
 information below)

Last Four Digits of SS# 1 3 7 1

Tax ID (EIN #)_____

STEVEN MARHEE    ( SELF )
_____
Print Name and Title of Applicant

N | A
_____
Print Company Name

10739 NASHVILLE DR
_____
Print Street Address

COOPER CITY , FL 33026
_____
Print City and State

954 436 5439
_____
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 9|5|08

_____
NOTARY PUBLIC, AT LARGE
STATE OF FI

ROBIN COHEN MORGANSTINE
MY COMMISSION # DD 430532
EXPIRES: May 17, 2009
Bonded Thru Notary Public Underwriters



LF-27 (rev. 06/02/08)          Page 3 of 3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 93-10748 AJC
Chapter

TUSA _____ Debtor ___ /

## AFFIDAVIT OF CLAIMANT

I, STEVEN T. MARHEE _____ , am (indicate status of claimant)

( ✓ ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to ___SELF_____ , a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____ ; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____ , a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____ , a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 2000 ~~or 1003~~ deposited in this court in the name of __STEVEN MARHEE_____ and representing claim number_____59_____ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

3.  I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _9 | 5 | 08_



_____
signature of claimant or representative of "business" claimant

STEVEN MARHEE
_____
print name

CLAIMANT
_____
title

1371
_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

10739 NASHVILLE DR.  Cooper City FL 33026
_____
address

954.436.5439
_____
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on _9|5|08_ .

Robin Cohen Mss
NOTARY PUBLIC, AT LARGE

STATE OF _FL_

ROBIN COHEN MORGANSTINE
MY COMMISSION # DD 430532
EXPIRES: May 17, 2009
Bonded Thru Notary Public Underwriters

B10 (Official Form 10)
(Rev. 6/91)

# United States Bankruptcy Court

SOUTHERN District of FLORIDA

In re (Name of Debtor)

TUSA FLORIDA, INC

## PROOF OF CLAIM

FILED BY_____DC

Case Number

93-10748 BKC-SMW

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)

STEVEN MARHEE

Name and Addresses Where Notices Should be Sent

STEVEN MARHEE
11187 LONG BOAT DRIVE
COOPER CITY, FL 33026
Telephone No. (305)436-5080

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✓ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

EMPLOYEE

Check here if this claim: ☐ replaces   ☐ amends   a previously filed claim, dated: _____

1. BASIS FOR CLAIM:

☐ Goods sold
✓ Services performed
✓ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
✓ Wages, salaries, and compensations (Fill out below)
Your social security number 263 61 1371
Unpaid compensations for services performed
from MAY 10, 1993 to JUNE 4, 1993
(date)                    (date)

2. DATE DEBT WAS INCURRED

JAN. 1993 — JUNE 4, 1993

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above,
if any $ _____

UNSECURED NONPRIORITY CLAIM $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

✓ UNSECURED PRIORITY CLAIM $ 6965.66
Specify the priority of the claim.
✓ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. § 507(a)3
☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
✓ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly) EXPENSE REIMBURSEMENT FOR COMPANY/OVERTIME P...

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED   $ _____ (Unsecured)   $ _____ (Secured)   $ 6965.66 (Priority)   $ 6965.66 (Total)

Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date

7/27/93

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Steven Marhee   STEVEN MARHEE

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)
Rev. 6/91

## United States Bankruptcy Court

_Southern_ District of _Florida_

In re Debtor: _TUSA HOLDINGS INC_

## PROOF OF CLAIM

FILED BY _____ DC

_____ 93 PM 3:30

Case Number: _93 10749 BKC SMW_

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| **Name of Creditor**<br>(The person or entity to whom the debtor owes money or property)<br>_Steven Marhee_<br><br>**Name and Addresses Where Notices Should be Sent**<br>_Steven Marhee_<br>_11187 Long Boat Drive_<br>_Cooper City FL 33026_<br><br>Telephone No. _(305) 436-5080_ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☑ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
_Employee_

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**

- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☑ Wages, salaries, and compensations (Fill out below)
  Your social security number _263 61 1371_
  Unpaid compensations for services performed
  from _May 10 1993_ to _June 4, 1993_
  (date)                    (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

UNSECURED NONPRIORITY CLAIM $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☑ UNSECURED PRIORITY CLAIM $ _6965.66_
Specify the priority of the claim.
- ☑ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan — U.S.C. § 507(a)(4)
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
- ☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(7)
- ☑ Other — 11 U.S.C. §§ 507(a)(2), (a)(5) — (Describe briefly) _Expense Reimburse Mgmt - Ducating Pty_

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ _____ (Unsecured) $ _____ (Secured) $ _6965.66_ (Priority) $ _6965.66_ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS.** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>_7/27/93_ | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>_Steven Marhee_ |
|---|---|

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)
Rev. 6/91)

| United States Bankruptcy Court | PROOF OF CLAIM | FILED BY _____ DC |
|---|---|---|

_SOUTHERN_ ____ District of _FLORIDA_

In re Name of Debtor
_TUSA, INC_

Case Number
_93 10752 BKC-SMW_

FILED BY _____ DC

~~~ PM 3:30

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)
_STEVEN MARHEE_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent
_STEVEN MARHEE_
_11187 LONG BOAT DRIVE_
_COOPER CITY  FL 33026_

Telephone No _(305) 436 5050_

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
_EMPLOYEE_

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. BASIS FOR CLAIM:
   ☐ Goods sold
   ☑ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Wages, salaries, and compensations (Fill out below)
Your social security number _263 61 1371_
Unpaid compensations for services performed
from _MAY 10 1993_ to _JUNE 4 1993_
     (date)              (date)

2. DATE DEBT WAS INCURRED
_JANUARY — JUNE 4, 1993_

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☑ UNSECURED PRIORITY CLAIM $ _6965.66_
Specify the priority of the claim.
☑ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
☑ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly) _EXPENSE_
_REIMBURSEMENT FOR COMPANY (OPERATING PKG)_

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ _____ (Unsecured)   $ _____ (Secured)   $ _6965.66_ (Priority)   $ _6965.66_ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
_7/27/93_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
_Steven Marhee_    STEVEN MARHEE

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.